ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com

*Attorneys for Team Health, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET LITHERLAND, | Case No.: 2:19-CV-01375-APG-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR TEAM HEALTH, INC. TO RESPOND TO COMPLAINT [ECF No. 1]** |
| CLARK COUNTY COLLECTION SERVICE, LLC; TEAM HEALTH, INC. dba TEAM HEALTH HOLDINGS, INC., dba TEAMHEALTH/SO. HILLS; AND MORRIS LAW CENTER, | |
| | **(First Request)** |
| Defendants. | |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Margaret Litherland ("Plaintiff"), and

Defendant Team Health, Inc. ("Team Health"), by and through their respective attorneys of

record, stipulate as follows:

**STIPULATION**

1.     Plaintiff filed her Complaint on August 9, 2019 [ECF No. 1].

2.     Team Health was served with the summons and complaint on August 29, 2019.

3.     Team Health recently retained counsel on September 17, 2019 and a short

extension is necessary to allow Team Health's counsel to obtain the file and investigate the

allegations in the Complaint before responding.

4.     Clark County Collection  Service, LLC and Morris Law Center accepted service

and their responses to the Complaint are due on October 21, 2019.

5.     Allowing an extension will also allow the parties to conduct early resolution

discussions.

*Gordon Rees Scully Mansukhani, LLP*
*300 S. 4th Street, Suite 1550*
*Las Vegas, NV 89101*

-1-

1

2      6.      Plaintiff has no objection to the extension.

3      7.      Therefore, the parties agree that Team Health's response to the Complaint is now

4  due on or before **October 21, 2019**.

5

   DATED:  September 19th, 2019.            DATED:  September 19th, 2019.
6
   GORDON REES SCULLY MANSUKHANI,         KAZEROUNI LAW GROUP, APC
7  LLP

8  */s/ Robert S. Larsen*                   */s/ Michael Kind*

9  Robert S. Larsen, Esq.                  Michael Kind, Eq.
   Nevada Bar No. 7785                     Nevada Bar No. 13903
10 Wing Yan Wong, Esq.                     Gustavo Ponce, Esq.
   Nevada Bar No. 13622                    Nevada Bar No. 15084
11 300 So. 4th Street, Suite 1550          6069 S. Fort Apache Road, Suite 100
   Las Vegas, NV 89101                     Las Vegas, MV 89148
12 *Attorneys for Defendant Team Health, Inc.*   *Attorneys for Plaintiff Margaret Litherland*

13

14

15                              **ORDER**

16                          IT IS SO ORDERED.

17

18
                         _____
19                       UNITED STATES MAGISTRATE JUDGE

20                       DATED:  September 20, 2019

21

22

23

24

25

26

27

28

-2-