Gustavo Ponce, Esq.
Nevada Bar No. 15084
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Suite 100
Las Vegas, NV 89148
Phone: (800) 400-6808
gustavo@kazlg.com
*Attorneys for Plaintiff Margaret Litherland*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Margaret Litherland,<br><br>    Plaintiff,<br><br>v.<br><br>Clark County Collection Service, LLC, Team Health, Inc. *dba* Team Health Holdings, Inc. *dba* TEAMHealth/So. Hills, and Morris Law Center,<br><br>    Defendants. | Case No. 2:19-cv-01375-APG-NJK<br><br>**AMENDED NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS, CLARK COUNTY COLLECTION SERVICE, LLC, TEAM HEALTH, INC., AND MORRIS LAW CENTER** |

///

///

///

# NOTICE

The dispute between Margaret Litherland ("Plaintiff") and Defendants Clark County Collection Service, LLC, Team Health, Inc., and Morris Law Center (collectively referred to as "Defendants") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendants with prejudice within 60 days—on or before **June 1, 2020**.

DATED this 1st day of April 2020.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce
    Gustavo Ponce, Esq.
    6069 S. Fort Apache Rd., Ste. 100
    Las Vegas, NV 89148
    *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on April 1, 2020, the foregoing Notice of Settlement was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce
Gustavo Ponce, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148